IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

MARIA DIAZ, )
)
    Plaintiff, )
)
vs. )
)
RORY STARK, )
)
    Defendant. )
_____ ) Case No. 3AN-13-8372CI

## COMPLAINT

COMES NOW the plaintiff, MARIA DIAZ, by and through her attorneys, BARBER & BANKER, LLC, and for her complaint against defendant RORY STARK does state and allege as follows:

1. That at all times material hereto, plaintiff was and is a resident of Anchorage, Alaska.

2. That at all times material hereto, defendant was and is a resident of Anchorage, Alaska.

3. On or about 7/21/11, the defendant negligently operated a vehicle at the intersection of Spenard Rd. and Wisconsin St. in Anchorage, Alaska colliding with

BARBER & BANKER, LLC
ATTORNEYS AT LAW
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

a vehicle occupied by the plaintiff thereby causing injury to the plaintiff for which the defendant is liable.

4. The defendant is liable for past and/or future: medical expense, wage loss, diminished earning capacity, pain, suffering, disability, loss of capacity for enjoyment of life, inconvenience, physical impairment, and other non-pecuniary damages to be more fully set forth at trial, all in an amount less than $100,000.00 (ONE HUNDRED THOUSAND DOLLARS), the exact amount to be set by the trier of fact.

WHEREFORE, having fully pled plaintiff's complaint, plaintiff requests a judgment against defendant for an amount less than $100,000.00 (ONE HUNDRED THOUSAND DOLLARS) to be established by the trier of fact, plus interest, costs and attorney fees and such other relief as the court deems just.

DATED at Anchorage, Alaska this 19 day of July, 2013.

BARBER & BANKER, LLC
Attorneys for Plaintiff

By: _____
JEFF BARBER
AK Bar #0111058

BARBER & BANKER, LLC
ATTORNEYS AT LAW
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

2817 / 01 Complaint
Diaz v Stark
Page 2